

1   LAWRENCE G. BROWN
    Acting United States Attorney
2   MICHAEL M. BECKWITH
    Assistant U.S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, California 95814
4   Telephone: (916) 554-2797

**FILED**

SEP - 8 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

8         IN THE UNITED STATES DISTRICT COURT

9      FOR THE EASTERN DISTRICT OF CALIFORNIA

10                2:09- MJ 0257

11 UNITED STATES OF AMERICA,     )   Case No.
                        )
12        Plaintiff,       )
                        )       **SEALING ORDER**
13     v.                )       **(Under Seal)**
                        )
14                         )
    CHARLES MILLER HILKEY, JR.,  )
15 RACHELLE SARI GARNITZ, AND    )
    BRAM GABRIEL LEWIS,      )
16                         )
                        )
17                         )
         Defendants.       )
18                         )
                        )
19 _____)

20       The Court hereby orders the entire action, including the
21 Complaint, Affidavit, Arrest Warrants, and this Order, in the
22 above-referenced matter, shall be sealed until the Clerk of the
23 Court is notified of the arrest of the first defendant or until
24 further order of the court.

27 DATED: September 8, 2009

                           GREGORY G. HOLLOWS
28                            GREGORY G. HOLLOWS
                           United States Magistrate Judge