```
BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
813 Sixth Street. Suite 450
Sacramento, CA  95814
Telephone: (916) 441-0824

Attorneys for Defendant
CHARLES M. HILKEY
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     vs.<br><br>CHARLES M. HILKEY,<br>RACHELLE SARI GARNITZ, and<br>BRAM GABRIEL LEWIS,<br><br>         Defendants. | Case No. 2:09-CR-0412 FCD<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS<br>CONFERENCE HEARING AND<br>EXCLUDING TIME<br><br>Date:  November 30, 2009<br>Time:  10:00 a.m.<br>Ctrm:  Frank C. Damrell, Jr. |

     IT IS HEREBY STIPULATED by Charles M. Hilkey, through his counsel Blackmon & Associates, by Rachelle S. Garnitz, through her attorney John R. Duree, Jr., by Bram G. Lewis, through his attorney Victor S. Haltom, and by the United States of America, through its counsel, Assistant U.S. Attorney Michael M. Beckwith, that the status conference now scheduled for 10:00 a.m. on November 30, 2009, be continued to January 25, 2010 at 10:00 a.m.

     Charles Hilkey, Rachelle Garnitz and Bram Lewis are charged in an indictment filed on September 24, 2009.  Count one charges

- 1 -

STIPULATION AND ORDER CONTINUING STATUS CONFERENCE HEARING AND
EXCLUDING TIME

1  Mr. Hilkey with a violation of 21 U.S.C. sections 846 and
2  841(a)(1), conspiracy to manufacture more than 1000 marijuana
3  plants. Count two charges Mr. Hilkey with a violation of 21
4  U.S.C. 841(a)(1), manufacture of more than 1000 marijuana
5  plants.  There is also a forfeiture allegation against Mr.
6  Hilkey.  Count three of the indictment charges Mr. Hilkey, Ms.
7  Garnitz and Mr. Lewis with violations of 18 U.S.C. section
8  1956(h), conspiracy to launder monetary instruments.
9       Based on the existing discovery, defense counsel requires
10 additional time to investigate, research, develop and prepare a
11 defense.  Further, counsel for Mr. Hilkey are engaged in efforts
12 to obtain, review and analyze all documents relevant to the
13 search warrants executed in connection with this matter.  These
14 efforts are ongoing and require additional time to complete.
15 The discovery process is still ongoing.  This matter involves
16 complicated facts concerning numerous individuals, multiple
17 properties and multiple alleged transactions occurring over a
18 period of several years.
19      Due to these circumstances, the parties stipulate that the
20 status conference scheduled on November 30, 2009 be continued to
21 10:00 a.m. on January 25, 2010.  The parties further stipulate
22 that pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) and (iv) [Local
23 Code T2 and T4] that time shall be excluded from November 30,
24 2009, to January 25, 2010, to give defense counsel additional
25 time in which to prepare.
26 ///
27
28

- 2 -

STIPULATION AND ORDER CONTINUING STATUS CONFERENCE HEARING AND
EXCLUDING TIME

1  IT IS SO STIPULATED.

2

3  DATED:    November 23, 2009      By: //s// Clyde M. Blackmon for
                                         MICHAEL M. BECKWITH
4                                        Assistant U.S. Attorney

5  DATED:    November 23, 2009      By://s// Clyde M. Blackmon for
                                        John R. Duree, Jr.
6                                       Attorney for Defendant
                                        Rachelle S. Garnitz
7

8  DATED:    November 23, 2009      By: _//s// Clyde M. Blackmon for
                                        Victor S. Haltom
9                                       Attorney for Defendant
                                        Bram G. Lewis
10

11 DATED:    November 23, 2009      By: _//s// Clyde M. Blackmon____
                                        Clyde M. Blackmon,
12                                      Blackmon & Associates,
                                        Attorneys for Defendant
13                                      Charles M. Hilkey

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

This matter having come before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS ORDERED THAT: the status conference hearing now set for November 30, 2009, at 10:00 a.m. is vacated and the matter is set for a status conference hearing on January 25, 2010, at 10:00 a.m.

Further, the Court finds that time is excluded based upon the representation of the parties due to the complex nature of the matter and to allow adequate defense preparation and such time will be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(ii) and (iv) – [Local Code T2 and T4], from November 30, 2009 until the next appearance on January 25, 2010.

IT IS SO ORDERED.

DATED: November 23, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE