```
BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
813 Sixth Street. Suite 450
Sacramento, CA  95814
Telephone: (916) 441-0824

Attorneys for Defendant
CHARLES M. HILKEY
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>CHARLES M. HILKEY,<br>RACHELLE SARI GARNITZ, and<br>BRAM GABRIEL LEWIS,<br><br>    Defendants. | Case No. 2:09-CR-0412 FCD<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br>HEARING AND EXCLUDING TIME<br><br>Date:  January 25, 2010<br>Time:  10:00 a.m.<br>Ctrm:  2 (FCD) |

IT IS HEREBY STIPULATED by Charles M. Hilkey, through his counsel Blackmon & Associates, by Rachelle S. Garnitz, through her attorney John R. Duree, Jr., by Bram G. Lewis, through his attorney Victor S. Haltom, and by the United States of America, through its counsel, Assistant U.S. Attorney Michael M. Beckwith, that the status conference now scheduled for 10:00 a.m. on January 25, 2010, be continued to March 8, 2010 at 10:00 a.m.

Charles Hilkey, Rachelle Garnitz and Bram Lewis are charged in an indictment filed on September 24, 2009.  Count one charges

- 1 -

STIPULATION AND ORDER CONTINUING STATUS CONFERENCE HEARING AND
EXCLUDING TIME

1  Mr. Hilkey with a violation of 21 U.S.C. sections 846 and
2  841(a)(1), conspiracy to manufacture more than 1000 marijuana
3  plants. Count two charges Mr. Hilkey with a violation of 21
4  U.S.C. 841(a)(1), manufacture of more than 1000 marijuana
5  plants.  There is also a forfeiture allegation against Mr.
6  Hilkey.  Count three of the indictment charges Mr. Hilkey, Ms.
7  Garnitz and Mr. Lewis with violations of 18 U.S.C. section
8  1956(h), conspiracy to launder monetary instruments.
9       Based on the existing discovery, defense counsel requires
10 additional time to investigate, research, develop and prepare a
11 defense.  This matter involves complicated facts concerning
12 numerous individuals, multiple properties and multiple alleged
13 transactions occurring over a period of several years.  In
14 particular, counsel for Mr. Hilkey are informed that the
15 government has approximately 40 banker's boxes full of seized
16 documents that are available for review.  Counsel continue to be
17 engaged in the process of reviewing all discovery and
18 researching and analyzing potential issues surrounding the
19 search of various properties.
20      Due to these circumstances, the parties stipulate that the
21 status conference scheduled on January 25, 2010 be continued to
22 10:00 a.m. on March 8, 2010.  The parties further stipulate that
23 pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) and (iv) [Local Code
24 T2 and T4] that time shall be excluded from January 25, 2010, to
25 March 8, 2010, to give defense counsel additional time in which
26 to prepare.
27 ///
28

1  IT IS SO STIPULATED.

2

3  DATED:    January 21, 2010       By: //s// Clyde M. Blackmon for
                                         MICHAEL M. BECKWITH
4                                        Assistant U.S. Attorney

5  DATED:    January 21, 2010       By://s// Clyde M. Blackmon for
                                         John R. Duree, Jr.
6                                        Attorney for Defendant
                                         Rachelle S. Garnitz
7

8  DATED:    January 21, 2010       By: _//s// Clyde M. Blackmon for
                                         Victor S. Haltom
9                                        Attorney for Defendant
                                         Bram G. Lewis
10

11 DATED:    January 21, 2010       By: _//s// Clyde M. Blackmon___
                                         Clyde M. Blackmon,
12                                       Blackmon & Associates,
                                         Attorneys for Defendant
13                                       Charles M. Hilkey

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

STIPULATION AND ORDER CONTINUING STATUS CONFERENCE HEARING AND
EXCLUDING TIME

**ORDER**

This matter having come before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS ORDERED THAT: the status conference hearing now set for January 25, 2010, at 10:00 a.m. is vacated and the matter is set for a status conference hearing on March 8, 2010, at 10:00 a.m.

Further, the Court finds that time is excluded based upon the representation of the parties due to the complex nature of the matter and to allow adequate defense preparation and such time will be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(ii) and (iv) – [Local Code T2 and T4], from January 25, 2010 until the next appearance on March 8, 2010.

IT IS SO ORDERED.

DATED: January 22, 2010   _____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE