1  BLACKMON & ASSOCIATES
   CLYDE M. BLACKMON (SBN 36280)
2  JONATHAN C. TURNER (SBN 191540)
   EMILY E. DORINGER (SBN 208727)
3  813 Sixth Street. Suite 450
   Sacramento, CA  95814
4  Telephone: (916) 441-0824

5  Attorneys for Defendant
   CHARLES M. HILKEY
6

7
                 IN THE UNITED STATES DISTRICT COURT FOR THE
8
                       EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,          Case No. 2:09-CR-0412 FCD
11
              Plaintiff,              STIPULATION AND ORDER
12                                    CONTINUING STATUS
        vs.                           CONFERENCE HEARING AND
13                                    EXCLUDING TIME
   CHARLES M. HILKEY,
14 RACHELLE SARI GARNITZ, and
   BRAM GABRIEL LEWIS,                Date:  March 8, 2010
15                                    Time:  10:00 a.m.
                                      Ctrm:  2 (FCD)
16            Defendants.

17

18      IT IS HEREBY STIPULATED by Charles M. Hilkey, through his

19 counsel Blackmon & Associates, by Rachelle S. Garnitz, through

20 her counsel John R. Duree, Jr., by Bram G. Lewis, through his

21 counsel Victor S. Haltom, and by the United States of America,

22 through its counsel, Assistant U.S. Attorney Michael M.

23 Beckwith, that the status conference now scheduled for 10:00

24 a.m. on March 8, 2010, be continued to April 26, 2010 at 10:00

25 a.m.

26      Charles Hilkey, Rachelle Garnitz and Bram Lewis are charged

27 in an indictment filed on September 24, 2009.  Count one charges

28 Mr. Hilkey with a violation of 21 U.S.C. sections 846 and

1  841(a)(1), conspiracy to manufacture more than 1,000 marijuana

2  plants. Count two charges Mr. Hilkey with a violation of 21

3  U.S.C. 841(a)(1), manufacture of more than 1,000 marijuana

4  plants.  There is also a forfeiture allegation against Mr.

5  Hilkey.  Count three of the indictment charges Mr. Hilkey, Ms.

6  Garnitz and Mr. Lewis with violations of 18 U.S.C. section

7  1956(h), conspiracy to launder monetary instruments.

8       Based on the existing discovery, defense counsel requires

9  additional time to investigate, research, develop and prepare a

10  defense.  This matter involves complicated facts concerning

11  numerous individuals, multiple properties and multiple alleged

12  transactions occurring over a period of several years.  In

13  particular, counsel for Mr. Hilkey are informed that the

14  government has approximately 40 banker's boxes full of seized

15  documents that are available for review.  Counsel for Mr. Hilkey

16  continues to be engaged in the process of reviewing all

17  discovery and researching and analyzing potential issues

18  surrounding the search of various properties.

19       Due to these circumstances, the parties stipulate that the

20  status conference scheduled on March 8, 2010 be continued to

21  10:00 a.m. on April 26, 2010.  The parties further stipulate

22  that pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) and (iv) [Local

23  Code T2 and T4] that time shall be excluded from March 8, 2010,

24  to April 26, 2010, to give defense counsel additional time in

25  which to prepare.

26  ///

27

28

1   IT IS SO STIPULATED.

2

3   DATED:    March 5, 2010          By: //s// Clyde M. Blackmon for
                                          MICHAEL M. BECKWITH
4                                         Assistant U.S. Attorney

5   DATED:    March 5, 2010          By://s// Clyde M. Blackmon for_
                                         John R. Duree, Jr.
6                                        Attorney for Defendant
                                         Rachelle S. Garnitz
7

8   DATED:    March 5, 2010          By: _//s// Clyde M. Blackmon for
                                         Victor S. Haltom
9                                        Attorney for Defendant
                                         Bram G. Lewis
10

11  DATED:    March 5, 2010          By: _//s// Clyde M. Blackmon___
                                         Clyde M. Blackmon,
12                                       Blackmon & Associates,
                                         Attorneys for Defendant
13                                       Charles M. Hilkey

14
                                 **ORDER**
15
          This matter having come before me pursuant to the
16
    stipulation of the parties and good cause appearing therefore,
17
    IT IS ORDERED THAT: the status conference hearing now set for
18
    March 8, 2010, at 10:00 a.m. is vacated and the matter is set
19
    for a status conference hearing on April 26, 2010, at 10:00 a.m.
20
          Further, the Court finds that time is excluded based upon
21
    the representation of the parties due to the complex nature of
22
    the matter and to allow adequate defense preparation and such
23
    time will be excluded pursuant to the Speedy Trial Act, 18
24
    U.S.C. § 3161(h)(7)(B)(ii) and (iv) – [Local Code T2 and T4],
25
    from March 8, 2010 until the next appearance on April 26, 2010.
26
          **IT IS SO ORDERED.**
27

28
    DATED: March 5, 2010          _____
                                  FRANK C. DAMRELL, JR.
                                  UNITED STATES DISTRICT JUDGE

                                  - 3 -