BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR. S-09-412 FCD |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE |
| v. ) | AND EXCLUDING TIME |
| ) | |
| CHARLES MILLER HILKEY, et al.,) | |
| ) | |
| Defendants. ) | Hon. Frank C. Damrell, Jr. |
| ) | |

The parties request that the status conference currently set for June 28, 2010, be continued to July 26, 2010, and stipulate that the time beginning June 28, 2010, and extending through July 26, 2010, should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(ii) and (iv); Local Code T4.

Counsel for each defendant needs more time to review the

1

discovery in this case, discuss that discovery with their respective clients, consider evidence that may affect the disposition of this case, and discuss with their clients how to proceed.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                                      Respectfully Submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney

Dated: June 21, 2010           By:/s/ Michael M. Beckwith
                                      MICHAEL M. BECKWITH
                                      Assistant U.S. Attorney

Dated: June 21, 2010           By:/s/ Clyde M. Blackmon
                                      CLYDE M. BLACKMON
                                      Attorney for defendant
                                      Charles Miller Hilkey

Dated: June 21, 2010           By:/s/ John R. Duree, Jr.
                                      JOHN R. DUREE, JR.
                                      Attorney for defendant
                                      Rachelle Sari Garnitz

Dated: June 21, 2010           By:/s/ Victor Haltrom
                                      VICTOR HALTROM
                                      Attorney for defendant
                                      Bram Gabriel Lewis

**ORDER**

The status conference in case number CR. S 09-412 FCD currently set for June 28, 2010, is continued to July 26, 2010, at 10:00 a.m., and the time beginning June 28, 2010, and extending through July 26, 2010, is excluded from the calculation of time under the Speedy Trial Act. The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(ii) and (iv); Local Code T4.

**IT IS SO ORDERED.**

Dated: June 21, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE