```
 1  BLACKMON & ASSOCIATES
    CLYDE M. BLACKMON (SBN 36280)
 2  JONATHAN C. TURNER (SBN 191540)
    EMILY E. DORINGER (SBN 208727)
 3  813 Sixth Street. Suite 450
    Sacramento, CA  95814
 4  Telephone: (916) 441-0824

 5  Attorneys for Defendant
    CHARLES M. HILKEY
 6

 7
                  IN THE UNITED STATES DISTRICT COURT FOR THE
 8
                        EASTERN DISTRICT OF CALIFORNIA
 9

10
    UNITED STATES OF AMERICA,            Case No. 2:09-CR-0412 FCD
11
              Plaintiff,                 STIPULATION AND ORDER
12                                       CONTINUING STATUS
        vs.                              CONFERENCE HEARING AND
13                                       EXCLUDING TIME
    CHARLES M. HILKEY,
14  RACHELLE SARI GARNITZ, and
    BRAM GABRIEL LEWIS,                  Date:  July 26, 2010
15                                       Time:  10:00 a.m.
                                         Ctrm:  2 (FCD)
16            Defendants.

17
```

     IT IS HEREBY STIPULATED by Charles M. Hilkey, through his counsel Blackmon & Associates, by Rachelle S. Garnitz, through her counsel John R. Duree, Jr., by Bram G. Lewis, through his counsel Victor S. Haltom, and by the United States of America, through its counsel, Assistant U.S. Attorney Michael M. Beckwith, that the status conference now set for July 26, 2010, at 10:00 a.m. be vacated and that a briefing schedule for a motion to suppress evidence to be filed by defendant Hilkey, as indicated below, be set and the matter be continued to November 29, 2010, at 10:00 a.m. for a hearing on defendant Hilkey's

1  motion and for further proceedings as to defendants Garnitz and
2  Lewis.
3      Based on information contained in the discovery in this
4  matter and analysis of the affidavit in support of the search
5  warrant in the case, counsel for Mr. Hilkey believes that it is
6  necessary that a motion seeking suppression of certain evidence
7  seized pursuant to the search warrant be prepared and filed.
8  Counsel for the government and counsel for Mr. Hilkey have
9  agreed upon the following briefing schedule.
10     **September 20, 2010**:  Defendant Hilkey's motion to suppress
11 evidence to be filed.
12     **October 25, 2010**:  Government's opposition to Hilkey's
13 suppression motion to be filed.
14     **November 15, 2010**:  Defendant Hilkey's reply to
15 government's opposition to be filed.
16     **November 29, 2010**:  Hearing on Hilkey's motion.
17     The parties further stipulate that pursuant to 18 U.S.C.
18 §3161(h)(1)(D) and (h)(7)(B)(ii) and (iv) [Local Code T2 and T4]
19 that time shall be excluded from July 26, 2010 to November 29,
20 2010, to permit the preparation and filing of defendant Hilkey's
21 motion to suppress evidence and to give defense counsel
22 additional time in which to prepare.
23 **IT IS SO STIPULATED.**
24
25 DATED:   July 23, 2010         By: //s// Clyde M. Blackmon for
26                                    MICHAEL M. BECKWITH
                                       Assistant U.S. Attorney
27
28

```
 1  DATED:    July 23, 2010         By:  //s// Clyde M. Blackmon for
                                         John R. Duree, Jr.
 2                                       Attorney for Defendant
                                         Rachelle S. Garnitz
 3

 4

 5  DATED:    July 23, 2010         By:  _//s// Clyde M. Blackmon for
                                         Victor S. Haltom
 6                                       Attorney for Defendant
                                         Bram G. Lewis
 7

 8

 9  DATED:    July 23, 2010         By:  _//s// Clyde M. Blackmon___
                                         Clyde M. Blackmon,
10                                       Blackmon & Associates,
                                         Attorneys for Defendant
11                                       Charles M. Hilkey
```

**ORDER**

This matter having come before the Court pursuant to the stipulation of the parties and good cause appearing therefore, IT IS ORDERED THAT: (1) the status conference now set for July 26, 2010, at 10:00 a.m. is vacated; (2) the briefing schedule for a motion to suppress evidence to be filed by defendant Hilkey as set forth in the stipulation of the parties is adopted by the Court; and (3) the matter is set for 10:00 a.m. on November 29, 2010, for a hearing on defendant Hilkey's motion to suppress evidence and for further proceedings as to defendant Garnitz and defendant Lewis.

Further, the Court finds that time is excluded based upon the representation of the parties due to the complex nature of the matter and to allow adequate defense preparation, and such time will be excluded pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(D) and (h)(7)(B)(ii) and (iv), [Local Code T2 and T4], from July 26, 2010 until the next appearance on November 29, 2010.

**IT IS SO ORDERED.**

DATED: July 23, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE