BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
813 Sixth Street. Suite 450
Sacramento, CA  95814
Telephone: (916) 441-0824

Attorneys for Defendant
CHARLES M. HILKEY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       vs.<br><br>CHARLES M. HILKEY,<br>RACHELLE SARI GARNITZ, and<br>BRAM GABRIEL LEWIS,<br><br>            Defendants. | Case No. 2:09-CR-0412 FCD<br><br>STIPULATION AND ORDER REVISING BRIEFING SCHEDULE, CONTINUING HEARING ON MOTION TO SUPPRESS EVIDENCE AND EXCLUDING TIME |

   IT IS HEREBY STIPULATED by Charles M. Hilkey, through his counsel Blackmon & Associates, by Rachelle S Garnitz, through her counsel John R. Duree, Jr., by Bram G. Lewis, through his counsel Victor S. Haltom, and by the United States of America, through its counsel Assistant U. S. Attorney Michael Beckwith, that the briefing schedule for a motion to suppress evidence to be filed by defendant Hilkey previously established by stipulation of the parties and ordered by the Court in its Order of July 23, 2010, shall be revised as follows and that the

1  matter be continued to January 10, 2011, for a hearing on
2  defendant Hilkey's motion and for further proceedings as to
3  defendants Garnitz and Lewis.
4      **November 4, 2010**:  Defendant Hilkey's motion to suppress
5  evidence to be filed.
6      **December 9, 2010:**  Government's opposition to Hilkey's
7  motion to suppress evidence to be filed.
8      **December 30, 2010**:  Defendant Hilkey's reply to government's
9  opposition to be filed.
10     **January 10, 2011:**  Hearing on defendant Hilkey's motion to
11 suppress evidence.
12      A revision of the briefing schedule is necessary to provide
13 the parties with time to commence discussions which may lead to
14 a settlement of the case.  Specifically, counsel for defendant
15 Hilkey and counsel for the government have agreed that
16 discussion of certain aspects of the affidavit in support of the
17 search warrants in this case, and other relevant information,
18 prior to a motion to a suppress evidence being filed may
19 indicate that there is a reasonable possibility that the matter
20 might be resolved without the necessity of litigating the
21 suppression issues.
22     The parties further stipulate that pursuant to 18 U.S.C.
23 §3161(h)(1)(D) and (h)(7)(B)(ii) and (iv) [Local Code T2 and T4]
24 that time shall be excluded from November 29, 2010, the date
25 previously set for a hearing on defendant Hilkey's motion, to
26 January 10, 2011, to permit the preparation and filing of
27
28

1  defendant Hilkey's motion to suppress evidence and to give
2  defense counsel additional time in which to prepare.
3
4  **IT IS SO STIPULATED.**
5
6  DATED:    September 15, 2010    By:  //s// Clyde M. Blackmon for
                                         MICHAEL M. BECKWITH
7                                        Assistant U.S. Attorney
8
9  DATED:    September 15, 2010    By: //s// Clyde M. Blackmon for
                                         John R. Duree, Jr.
10                                       Attorney for Defendant
                                         Rachelle S. Garnitz
11
12 DATED:    September 15, 2010    By: _//s// Clyde M. Blackmon for
                                         Victor S. Haltom
13                                       Attorney for Defendant
                                         Bram G. Lewis
14
15
16 DATED:    September 15, 2010    By: _//s// Clyde M. Blackmon___
                                         Clyde M. Blackmon,
17                                       Blackmon & Associates,
                                         Attorneys for Defendant
18                                       Charles M. Hilkey
19
20
21
22
23
24
25
26
27
28

**ORDER**

This matter having come before the Court pursuant to the stipulation of the parties and good cause appearing therefore, IT IS HEREBY ORDERED THAT: (1) the revised briefing schedule set forth in the stipulation of the parties is adopted by the Court, and (2) the matter is set for 10:00 a.m. on January 10, 2011, for a hearing on defendant Hilkey's motion to suppress evidence and for further proceedings as to defendants Garnitz and Lewis.

Further, the Court finds that time is excluded based upon the representation of the parties due to the complex nature of the matter and to allow adequate defense preparation, and such time will be excluded pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(D) and (h)(7)(B)(ii) and (iv), [Local Code T2 and T4], from November 29, 2010, the date previously set for a hearing on defendant Hilkey's motion to suppress evidence, until the next appearance on January 10, 2011.

**IT IS SO ORDERED.**

DATED: September 15, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE