BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
813 Sixth Street. Suite 450
Sacramento, CA  95814
Telephone: (916) 441-0824

Attorneys for Defendant
CHARLES M. HILKEY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>CHARLES M. HILKEY,<br>RACHELLE SARI GARNITZ, and<br>BRAM GABRIEL LEWIS,<br><br>            Defendants. | Case No. 2:09-CR-0412 FCD<br><br>STIPULATION AND ORDER REVISING BRIEFING SCHEDULE, CONTINUING HEARING ON MOTION TO SUPPRESS EVIDENCE AND EXCLUDING TIME |

   IT IS HEREBY STIPULATED by Charles M. Hilkey, through his counsel Blackmon & Associates, by Rachelle S Garnitz, through her counsel John R. Duree, Jr., by Bram G. Lewis, through his counsel Victor S. Haltom, and by the United States of America, through its counsel Assistant U. S. Attorney Michael Beckwith, that the briefing schedule for a motion to suppress evidence to be filed by defendant Hilkey previously established by stipulation of the parties and ordered by the Court in its Order of September 15, 2010, shall be revised as follows and that the

matter be continued to  February 21, 2011, for a hearing on defendant Hilkey's motion and for further proceedings as to defendants Garnitz and Lewis.

**December 16, 2010**:  Defendant Hilkey's motion to suppress evidence to be filed.

**January 20, 2011:**  Government's opposition to Hilkey's motion to suppress evidence to be filed.

**February 10, 2011**:  Defendant Hilkey's reply to government's opposition to be filed.

**February 22, 2011:**  Hearing on defendant Hilkey's motion to suppress evidence.

A revision of the briefing schedule is necessary to provide the parties with time to continue communications which may lead to a settlement of the case.  Specifically, counsel for defendant Hilkey and counsel for the government have agreed that discussion of certain aspects of the affidavit in support of the search warrants in this case, and other relevant information, prior to a motion to a suppress evidence being filed may indicate that there is a reasonable possibility that the matter might be resolved without the necessity of litigating the suppression issues.  These communications have commenced, but counsel require additional time to consider and discuss various settlement possibilities.

The parties further stipulate that pursuant to 18 U.S.C. §3161(h)(1)(D) and (h)(7)(B)(ii) and (iv) [Local Code T2 and T4] that time shall be excluded from January 10, 2011, the date previously set for a hearing on defendant Hilkey's motion, to

1  February 21, 2011, to permit the preparation and filing of
2  defendant Hilkey's motion to suppress evidence and to give
3  defense counsel additional time in which to prepare.
4
5  **IT IS SO STIPULATED.**
6
7  DATED:   October 27, 2010     By:  //s// Clyde M. Blackmon for
                                       MICHAEL M. BECKWITH
8                                      Assistant U.S. Attorney
9
10 DATED:   October 27, 2010     By: //s// Clyde M. Blackmon for_
                                       John R. Duree, Jr.
11                                     Attorney for Defendant
                                       Rachelle S. Garnitz
12
13 DATED:   October 27, 2010     By: _//s// Clyde M. Blackmon for
                                       Victor S. Haltom
14                                     Attorney for Defendant
15                                     Bram G. Lewis
16
17 DATED:   October 27, 2010     By: _//s// Clyde M. Blackmon___
                                       Clyde M. Blackmon,
18                                     Blackmon & Associates,
                                       Attorneys for Defendant
19                                     Charles M. Hilkey
20
21
22
23
24
25
26
27
28

**ORDER**

This matter having come before the Court pursuant to the stipulation of the parties and good cause appearing therefore, IT IS HEREBY ORDERED THAT: (1) the revised briefing schedule set forth in the stipulation of the parties is adopted by the Court, and (2) the matter is set for **10:00 a.m. on February 22, 2011**, for a hearing on defendant Hilkey's motion to suppress evidence and for further proceedings as to defendants Garnitz and Lewis.

Further, the Court finds that time is excluded based upon the representation of the parties due to the complex nature of the matter and to allow adequate defense preparation, and such time will be excluded pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(D) and (h)(7)(B)(ii) and (iv), [Local Code T2 and T4], from January 10, 2011, the date previously set for a hearing on defendant Hilkey's motion to suppress evidence, until the next appearance on **Tuesday, February 22, 2011**.

**IT IS SO ORDERED.**

DATED: October 27, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER REVISING BRIEFING SCHEDULE,
CONTINUING HEARING ON MOTION TO SUPPRESS EVIDENCE AND EXCLUDING TIME