```
BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
EMILY E. DORINGER (SBN 208727)
813 Sixth Street. Suite 450
Sacramento, CA  95814
Telephone: (916) 441-0824

Attorneys for Defendant
CHARLES M. HILKEY
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CHARLES M. HILKEY,<br>RACHELLE SARI GARNITZ, and<br>BRAM GABRIEL LEWIS,<br><br>　　　　Defendants. | Case No. 2:09-CR-0412 FCD<br><br>STIPULATION AND ORDER REVISING BRIEFING SCHEDULE, CONTINUING HEARING ON MOTION TO SUPPRESS EVIDENCE AND EXCLUDING TIME |

　　　IT IS HEREBY STIPULATED by Charles M. Hilkey, through his counsel Clyde M. Blackmon, by Rachelle S Garnitz, through her counsel John R. Duree, Jr., by Bram G. Lewis, through his counsel Victor S. Haltom, and by the United States of America, through its counsel Assistant U. S. Attorney Michael Beckwith, that the briefing schedule for a motion to suppress evidence to be filed by defendant Hilkey previously established by stipulation of the parties and ordered by the Court in its Order of October 27, 2010, shall be revised as follows and that the matter be continued to April 25, 2011, for a hearing on

1  defendant Hilkey's motion and for further proceedings as to
2  defendants Garnitz and Lewis.
3      **February 14, 2011**:  Defendant Hilkey's motion to suppress
4  evidence to be filed.
5      **March 21, 2011:**  Government's opposition to Hilkey's motion
6  to suppress evidence to be filed.
7      **April 11, 2011**:  Defendant Hilkey's reply to government's
8  opposition to be filed.
9      **April 25, 2011:**  Hearing on defendant Hilkey's motion to
10 suppress evidence.
11     A revision of the briefing schedule is necessary to provide
12 the parties with time to continue communications which may lead
13 to a settlement of the case.  Specifically, counsel for
14 defendant Hilkey and counsel for the government have agreed that
15 their ongoing discussions regarding the facts and circumstances
16 involved in this case indicate that there is a reasonable
17 possibility that the matter might be resolved without the
18 necessity of litigating the suppression issues.  Counsel for
19 both parties agree that continuing these discussions prior to
20 the filing of a suppression motion is the most reasonable course
21 of action, in that unnecessary litigation of suppression issues
22 may be avoided.  To fully consider and discuss various
23 settlement possibilities, counsel require additional time.
24     The parties further stipulate that pursuant to 18 U.S.C.
25 §3161(h)(1)(D) and (h)(7)(B)(ii) and (iv) [Local Code T2 and T4]
26 that time shall be excluded from February 22, 2011, the date
27 previously set for a hearing on defendant Hilkey's motion, to
28

April 25, 2011, to permit the preparation and filing of defendant Hilkey's motion to suppress evidence and to give defense counsel additional time in which to prepare.

**IT IS SO STIPULATED.**

DATED:    December 15, 2010    By:  //s// Clyde M. Blackmon for
                                         MICHAEL M. BECKWITH
                                         Assistant U.S. Attorney

DATED:    December 15, 2010    By: //s// Clyde M. Blackmon for
                                         John R. Duree, Jr.
                                         Attorney for Defendant
                                         Rachelle S. Garnitz

DATED:    December 15, 2010    By: _//s// Clyde M. Blackmon for
                                         Victor S. Haltom
                                         Attorney for Defendant
                                         Bram G. Lewis

DATED:    December 15, 2010    By: _//s// Clyde M. Blackmon___
                                         Clyde M. Blackmon,
                                         Blackmon & Associates,
                                         Attorneys for Defendant
                                         Charles M. Hilkey

## ORDER

This matter having come before the Court pursuant to the stipulation of the parties and good cause appearing therefore, IT IS HEREBY ORDERED THAT: (1) the revised briefing schedule set forth in the stipulation of the parties is adopted by the Court, and (2) the matter is set for 10:00 a.m. on April 25, 2011, for a hearing on defendant Hilkey's motion to suppress evidence and for further proceedings as to defendants Garnitz and Lewis.

Further, the Court finds that time is excluded based upon the representation of the parties due to the complex nature of the matter and to allow adequate defense preparation, and such time will be excluded pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(D) and (h)(7)(B)(ii) and (iv), [Local Code T2 and T4], from February 22, 2011, the date previously set for a hearing on defendant Hilkey's motion to suppress evidence, until the next appearance on April 25, 2011.

**IT IS SO ORDERED.**

DATED: December 15, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE