```
BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
EMILY E. DORINGER (SBN 208727)
813 Sixth Street. Suite 450
Sacramento, CA  95814
Telephone: (916) 441-0824

Attorneys for Defendant
CHARLES M. HILKEY
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CHARLES M. HILKEY,<br>RACHELLE SARI GARNITZ, and<br>BRAM GABRIEL LEWIS,<br><br>　　　　Defendants. | Case No. 2:09-CR-0412 KJM<br><br>STIPULATION AND ORDER<br>REVISING BRIEFING SCHEDULE,<br>CONTINUING HEARING<br>ON MOTION TO SUPPRESS<br>EVIDENCE AND EXCLUDING TIME |

　　　IT IS HEREBY STIPULATED by Charles M. Hilkey, through his counsel Clyde M. Blackmon; by Rachelle S Garnitz, through her counsel John R. Duree, Jr.; by Bram G. Lewis, through his counsel Victor S. Haltom; and by the United States of America, through its counsel Assistant U.S. Attorney Michael Beckwith, that the briefing schedule for a motion to suppress evidence to be filed by defendant Hilkey previously established by stipulation of the parties and ordered by the Court in its Order of December 15, 2010, shall be revised as follows and that the matter be continued to June 20, 2011, for a hearing on defendant

- 1 -

Hilkey's motion and for further proceedings as to defendants Garnitz and Lewis.

**April 11, 2011:** Defendant Hilkey's motion to suppress evidence to be filed.

**May 16, 2011:** Government's opposition to Hilkey's motion to suppress evidence to be filed.

**June 6, 2011:** Defendant Hilkey's reply to government's opposition to be filed.

**June 20, 2011:** Hearing on defendant Hilkey's motion to suppress evidence.

A revision of the briefing schedule is necessary to provide the parties with time to continue efforts to reach a settlement of the case. Specifically, counsel for defendant Hilkey and counsel for the government agree that their ongoing discussions regarding the facts and circumstances involved in this case indicate that there is a reasonable possibility that the matter can be resolved without the necessity of litigating the suppression issues.

Counsel for all parties agree that pursuing these discussions prior to the filing of a suppression motion is the most reasonable and efficient course of action, in that unnecessary litigation may be avoided. In particular, this case involves significant factual and legal considerations pertaining to many different parcels of land located in rural Nevada County. Any settlement efforts by the involved parties necessarily must include relatively complicated discussions and analyses regarding those properties and their relationship to the case. For these reasons, to fully consider and discuss

1  various settlement possibilities, counsel require additional
2  time.
3     The parties further stipulate that pursuant to 18 U.S.C.
4  §3161(h)(1)(D) and (h)(7)(B)(ii) and (iv) [Local Code T2 and T4]
5  that time shall be excluded from April 25, 2011, the date
6  previously set for a hearing on defendant Hilkey's motion and
7  for further proceedings as to defendants Garnitz and Lewis, to
8  June 20, 2011, to facilitate the ongoing settlement efforts, to
9  permit the preparation and filing of defendant Hilkey's motion
10 to suppress evidence and to give defense counsel additional time
11 in which to prepare.
12 **IT IS SO STIPULATED**.

DATED:   February 10, 2011    By:  /s/ Clyde M. Blackmon for
                                        MICHAEL M. BECKWITH
                                        Assistant U.S. Attorney

DATED:   February 10, 2011    By:  /s/ Clyde M. Blackmon for
                                        John R. Duree, Jr.
                                        Attorney for Defendant
                                        Rachelle S. Garnitz

DATED:   February 10, 2011    By:  /s/ Clyde M. Blackmon for
                                        Victor S. Haltom
                                        Attorney for Defendant
                                        Bram G. Lewis

DATED:   February 10, 2011    By:  /s/ Clyde M. Blackmon
                                        Clyde M. Blackmon,
                                        Blackmon & Associates,
                                        Attorneys for Defendant
                                        Charles M. Hilkey

**ORDER**

This matter having come before the Court pursuant to the stipulation of the parties and good cause appearing therefore, IT IS HEREBY ORDERED THAT: (1) the revised briefing schedule set forth in the stipulation of the parties as modified is adopted by the Court, and (2) the matter is set for 10:00 a.m. on June 16, 2011, for a hearing on defendant Hilkey's motion to suppress evidence and for further proceedings as to defendants Garnitz and Lewis.

Further, the Court finds that time is excluded, based upon the representation of the parties, due to the complex nature of the matter and to allow adequate defense preparation, and such time will be excluded pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(D) and (h)(7)(B)(ii) and (iv), [Local Code T2 and T4], from April 25, 2011, the date previously set for a hearing on defendant Hilkey's motion to suppress evidence and for further proceedings as to defendants Garnitz and Lewis, until the next scheduled appearance on June 20, 2011.

**IT IS SO ORDERED.**

**DATED:**   February 11, 2011.

_____
UNITED STATES DISTRICT JUDGE