```
BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
JONATHAN C. TURNER, Of Counsel (SBN 191540)
813 Sixth Street, Suite 450
Sacramento, CA  95814
Telephone: (916) 441-0824

Attorneys for Defendant
CHARLES M. HILKEY
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>CHARLES M. HILKEY,<br>RACHELLE SARI GARNITZ, and<br>BRAM GABRIEL LEWIS,<br><br>    Defendants. | Case No. 2:09-CR-0412 KJM<br><br>STIPULATION AND ORDER REVISING BRIEFING SCHEDULE, CONTINUING HEARING ON MOTION TO SUPPRESS EVIDENCE AND EXCLUDING TIME |

IT IS HEREBY STIPULATED by Charles M. Hilkey, through his counsel Clyde M. Blackmon, by Rachelle S. Garnitz, through her counsel John R. Duree, Jr., by Bram G. Lewis, through his counsel Victor S. Haltom, and by the United States of America, through its counsel Assistant U.S. Attorney Michael Beckwith, that the briefing schedule for a motion to suppress evidence to be filed by defendant Hilkey previously revised by stipulation of the parties and ordered by the Court in its Order of February 11, 2011, shall be revised as follows and that the matter be continued to August 25, 2011, for a hearing on defendant

Hilkey's motion and for further proceedings as to defendants Garnitz and Lewis.

**June 13, 2011:**  Defendant Hilkey's motion to suppress evidence to be filed.

**July 18, 2011:**  Government's opposition to Hilkey's motion to suppress evidence to be filed.

**August 8, 2011:**  Defendant Hilkey's reply to government's opposition to be filed.

**August 25, 2011:**  Hearing on defendant Hilkey's motion to suppress evidence and status conference as to defendants Garnitz and Lewis.

On July 23, 2010, the parties initially stipulated to the establishment of a briefing schedule for a motion to suppress evidence to be filed by Mr. Hilkey.  Pursuant to that schedule a hearing on the motion was to be held on November 29, 2010.  The briefing schedule has been revised and the hearing date continued upon the stipulation of the parties four times since the original briefing schedule was set.  On each occasion a revision of the briefing schedule was sought by counsel for Mr. Hilkey and counsel for the government in order to facilitate ongoing settlement discussions.  Counsel for Ms. Garnitz and Mr. Lewis have already reached settlement agreements on behalf of their clients with the government.

In addition to written communications about the possibility of settling the matter, counsel for Mr. Hilkey and the government have held two lengthy meetings, attended by the government's case agents, to discuss ways in which the case might be settled.  The matter is made complex by the fact that,

1  in addition to the criminal charges against Mr. Hilkey, the
2  government has also filed civil actions seeking the forfeiture
3  of a number of properties in Nevada County which he owns.  The
4  value of those properties exceeds one million dollars.  The
5  parties are hopeful that a global settlement can be reached that
6  will resolve the criminal case as well as the forfeiture
7  actions.  However, progress in the negotiations has been slowed
8  not only by the complexity of the issue in the case but also by
9  the involvement in other matters by both government counsel and
10 counsel for Mr. Hilkey.  Nevertheless, the parties agree that
11 pursuing the negotiations prior to the filing of a suppression
12 motion by Mr. Hilkey continues to be a reasonable and efficient
13 course of action in that it may avoid unnecessary litigation.
14 Based on the negotiations up to this point, counsel for Mr.
15 Hilkey and counsel for the government are optimistic that matter
16 may be resolved.  For these reasons the parties have stipulated
17 to, and seek the Court's approval of, another revision of the
18 briefing schedule and continuance of the hearing on Mr. Hilkey's
19 suppression motion.
20     The parties also stipulate that pursuant to 18 U.S.C.
21 §3161(h)(1)(D) and (h)(7)(B)(ii) and (iv) [Local Code T2 and T4]
22 that time shall be excluded from June 20, 2011, the date
23 previously set for a hearing on defendant Hilkey's motion and
24 for further proceedings as to defendants Garnitz and Lewis, to
25 August 25, 2011, to facilitate the ongoing settlement efforts,
26 to permit the preparation and filing of defendant Hilkey's
27 motion to suppress evidence and to give defense counsel
28 additional time in which to prepare.

**IT IS SO STIPULATED.**

DATED:   April 7, 2011          By:  //s// Clyde M. Blackmon for
                                       MICHAEL M. BECKWITH
                                       Assistant U.S. Attorney


DATED:   April 7, 2011          By: //s// Clyde M. Blackmon for
                                       John R. Duree, Jr.
                                       Attorney for Defendant
                                       Rachelle S. Garnitz


DATED:   April 7, 2011          By:  //s// Clyde M. Blackmon for
                                       Victor S. Haltom
                                       Attorney for Defendant
                                       Bram G. Lewis


DATED:   April 7, 2011          By:  //s// Clyde M. Blackmon
                                       Clyde M. Blackmon,
                                       Blackmon & Associates,
                                       Attorneys for Defendant
                                       Charles M. Hilkey

**ORDER**

This matter having come before the Court pursuant to the stipulation of the parties and good cause appearing therefore, IT IS HEREBY ORDERED THAT: (1) the revised briefing schedule set forth in the stipulation of the parties is adopted by the Court, and (2) the matter is set for 10:00 a.m. on August 25, 2011, for a hearing on defendant Hilkey's motion to suppress evidence and for further status conference as to defendants Garnitz and Lewis.

Further, the Court finds that time is excluded, based upon the representation of the parties, due to the complex nature of the matter and to allow adequate defense preparation, and such time will be excluded pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(D) and (h)(7)(B)(ii) and (iv), [Local Code E, T2 and T4], from April 25, 2011, the date previously set for a hearing on defendant Hilkey's motion to suppress evidence and for further proceedings as to defendants Garnitz and Lewis, until the next scheduled appearance on August 25, 2011.

**IT IS SO ORDERED.**

DATED: April 11, 2011.

_____
UNITED STATES DISTRICT JUDGE