BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-cr-00412 KJM |
| Plaintiff, | |
| | AMENDED STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| v. | |
| CHARLES HILKEY, JR., RACHELLE SARI GARNITZ, and BRAM GABRIEL LEWIS, | |
| Defendants. | Hon. Kimberly J. Mueller |

On August 2, 2011, by the court's own motion, a status conference was set for September 1, 2011.  The parties request that the status conference currently set for September 1, 2011, be continued to September 15, 2011., and stipulate that the time beginning August 25, 2011, and extending through September 15, 2011, should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

1

1  18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4. Also, the parties
2  agree that this is a complex case given the large amount of real
3  property subject to potential forfeiture.  The total value of the
4  property at issue exceeds $2,000,000, and there are over 20
5  different parcels to be considered.
6      The attorneys for each defendant need more time to prepare.
7  The parties stipulate and agree that the interests of justice
8  served by granting this continuance outweigh the best interests
9  of the public and the defendants in a speedy trial.
10 18 U.S.C. § 3161(h)(7)(B)(iv)and (B)(ii).

                                    Respectfully Submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated: August 30, 2011        By:/s/ Michael M. Beckwith
                                    MICHAEL M. BECKWITH
                                    Assistant U.S. Attorney

Dated: August 30, 2011        By:/s/ Clyde M. Blackmon
                                    CLYDE M. BLACKMON
                                    Attorney for Charles Hilkey, Jr.

Dated: August 30, 2011        By:/s/ John R. Duree, Jr.
                                    JOHN R. DUREE, JR.
                                    Attorney for Rachelle s. Garnitz

Dated: August 30, 2011        By:/s/ Victor S. Haltom
                                    CLYDE M. BLACKMON
                                    Attorney for Bram G. Lewis

**<u>ORDER</u>**

For the reasons stated above, the status conference currently set for September 1, 2011, is continued to September 15, 2011; and the time beginning August 25, 2011, and extending through September 15, 2011, is excluded from the calculation of time under the Speedy Trial Act for effective defense preparation.  The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(7)(B)(iv)and (B)(ii).

IT IS SO ORDERED.

Dated:  August 30, 2011.

_____
UNITED STATES DISTRICT JUDGE