```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHAEL M. BECKWITH
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2797
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | CR 2:09-0412 LKK |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER TO CONTINUE** |
| v. ) | **SENTENCING DATE** |
| ) | |
| RACHELLE SARI GARNITZ, and | |
| BRAM GABRIEL LEWIS, ) | |
| ) | DATE: January 29, 2013 |
| Defendants. ) | TIME: 9:15 a.m. |
| _____) | CTRM: Hon. Lawrence K. Karlton |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Assistant United States Attorney, Michael M. Beckwith, defendant Rachelle Sari Garnitz, through her counsel, John R. Duree, Jr., Esq., and defendant Bram Gabriel Lewis, through his counsel, Victor S. Haltom, Esq., hereby submit this stipulation to continue the sentencing date, which is currently set for December 4, 2012, at 9:15 a.m., and requests that this Court continue the sentencing date to January 29, 2013, at 9:15 a.m.

The parties need additional time for preparation. Therefore, the parties have agreed and respectfully request that the Court set

the date of January 29, 2013, at 9:15 a.m., for the sentencing in this matter.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: November 26, 2012    By: /s/ Michael M. Beckwith
                                MICHAEL M. BECKWITH
                                Assistant U.S. Attorney

DATED: November 26, 2012    By: /s/ John R. Duree, Jr.
                                JOHN R. DUREE, JR.
                                Attorney for Defendant Rachelle Sari Garnitz

DATED: November 26, 2012    By: /s/ Victor Stephen Haltom
                                VICTOR STEPHEN HALTOM
                                Attorney for Defendant Bram Gabriel Lewis

**ORDER**

For the foregoing reasons, the sentencing hearing in this matter is continued to January 29, 2013, at 9:15 a.m.

DATED: November 27, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT