UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

  v.

CHARLES MILLER HILKEY, JR.,
       Defendants.
_____/

NO. CR. S-09-412 LKK

O R D E R

On May 24, 2012, the Court issued a preliminary order of forfeiture, directing the United States to publish notice of the order of forfeiture and providing that, if any third-party asserted an interest in the property at issue, they must file a petition within sixty (60) days of the date of the publication of the notice or within thirty (30) days of the date of receipt of actual notice, whichever is earlier. On November 5, 2012, third-party Joseph Titland filed a Petition for Ancillary Hearing, asserting an interest in some of the property referred to in the court's Preliminary Order of Forfeiture. On November 7, 2012, third-party

1 Donald Blaine Scott filed a Petition for Ancillary Hearing,
2 asserting an interest in some of the property referred to in the
3 court's Preliminary Order of Forfeiture.
4     Accordingly, the court ORDERS as follows:
5     1.  A hearing is SET for January 8, 2013 at 9:15 AM to
6         adjudicate all interests in the property identified in
7         the Preliminary Order of Forfeiture.
8     2.  The United States' response, if any, to all asserted
9         interests in the property referenced in the Preliminary
10        Order of Forfeiture SHALL be filed and served not later
11        than December 13, 2012. The United States may file a
12        separate brief responding to each party asserting an
13        interest. Each brief shall be not greater than ten (10)
14        pages in length.
15    IT IS SO ORDERED.
16    DATED: November 28, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT