UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>CHARLES MILLER HILKEY, JR.,<br><br>Movant. | No. 2:09-cr-0412 LKK KJN P<br><br><br><br>ORDER |

On January 19, 2014, respondent filed a request for an additional 93 days in which to file a response to the pending motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255. On January 30, 2014, the undersigned granted the request. However, on January 27, 2014, counsel for movant filed objections to respondent's request for extension. Accordingly, the January 31, 2014 order is vacated, and respondent is granted seven days in which to file a reply to movant's objections.

IT IS HERBY ORDERED that:

1. The January 31, 2014 order (ECF No. 210) is vacated; and

2. Respondent shall file a reply within seven days from the date of service of this order.

Dated: February 7, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/hilk0412.vac

1