UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
April 15, 2015
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRAM GABRIEL LEWIS,<br><br>Defendant. | Case No. 2:09-cr-00412-MCE<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  BRAM GABRIEL LEWIS ,

Case No. 2:09-cr-00412-MCE from custody for the following reasons:

   **X**   Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

   **X**   (Other): Conditions of supervised release previously imposed.

Issued at Sacramento, California on April 15, 2015 at 2:25 pm

By: /s/ Carolyn Delaney

Magistrate Judge Carolyn K. Delaney